AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARTIN L. BLACKWELL,

          Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV324-007

DR. YVONNE NEAU,

          Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's June 18, 2024 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, this case is dismissed without prejudice. This case stands closed.

6/18/ 2024  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020